## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | | |
|---|---|---|
| **ANDREW H. MILLER** | § | **CIVIL ACTION NO:** |
| | § | |
| *Plaintiff* | § | **1:23-cv-00273-HAB-SLC** |
| | § | |
| **v.** | § | |
| | § | |
| **REV RECREATION GROUP, INC. AND FREIGHTLINER CUSTOM CHASSIS CORPORATION** | § § § § | |
| | § | |
| *Defendants* | § § | |

### JOINT MOTION TO REQUEST SETTLEMENT CONFERENCE WITH MAGISTRATE JUDGE GOTSCH

Defendants REV Recreation Group, Inc. and Freightliner Custom Chassis Corporation ("Defendants") and Plaintiff Andrew H. Miller ("Plaintiff") (collectively, the "Parties"), by counsel, respectfully request that this Court allow Magistrate Judge Gotsch to conduct a judicial settlement conference. In support of this Joint Motion, the Parties state as follows:

1. The Parties have utilized Magistrate Judge Gotsch in previous judicial settlement conferences. He is familiar with the Parties and the subject matter of this litigation, generally.

2. Magistrate Judge Gotsch is returning to Senior Status in October 2024. He has indicated he is open to conducting the judicial settlement conference upon his return.

WHEREFORE, the Parties respectfully and jointly request that the Court allow the Parties to schedule a judicial settlement conference with Magistrate Judge Gotsch upon his return in October 2024, as his schedule allows.

Date: September 9, 2024

Respectfully Submitted,

/s/ *Richard C. Dalton*
Richard C. Dalton
Texas Bar No. 24033539
Louisiana Bar No. 23017
California Bar No. 268598
P.O. Box 358
Carencro, Louisiana 70520
rick@rickdalton.law
(337) 371-0375
Counsel for Plaintiff

/s/ *Ross W. Bartolotta*
Ross W. Bartolotta
IL Bar No. 6224433
SWANSON, MARTIN & BELL, LLP
2525 Cabot Drive, Suite 204
Lisle, Illinois 60532
(630) 799-6960 (direct)
(630) 799-6900 (main)
(630) 799-6901 (facsimile)
rbartolotta@smbtrials.com
Counsel for Defendant REV Recreation Group, Inc.

/s/ *Carolyn E. Riggs*
Carolyn E. Riggs, Atty. No. 35140-49
Christina Fugate, Atty. No. 27218-49
Libby Moyer, Atty. No. 36910-71
ICE MILLER LLP
One American Square, Suite 2900
Indianapolis, IN 46282-0200
317-236-2100 (telephone)
317-236-2219 (facsimile)
carolyn.riggs@icemiller.com
christina.fugate@icemiller.com
libby.moyer@icemiller.com
Counsel for Defendant Freightliner Custom Chassis Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

*/s/ Carolyn E. Riggs*
Carolyn E. Riggs

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200