## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## FORT WAYNE DIVISION

| | |
|---|---|
| ANDREW H. MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 1:23-cv-00273-HAB-SLC |
| REV RECREATION GROUP, INC.; ) | |
| FREIGHTLINER CUSTOM CHASSIS ) | |
| CORPORATION. ) | |
| ) | |
| Defendants. ) | |

### AMENDED JOINT NOTICE OF PROPOSED AGREED DATES FOR OCTOBER SETTLEMENT CONFERENCE

On September 12, 2024, Plaintiff filed an Agreed Notice of Available October 2024 Dates for a Settlement Conference. There was an apparent miscommunication with the dates included in this filing, as they are not an accurate reflection of the parties' collective availability. Following discussion among the Parties, they have agreed upon the following proposed dates in October 2024, for which the parties are collectively available for the purpose of attending said Settlement Conference:

        October 3, 2024, and

        October 23, 2024.

Respectfully submitted,

| | |
|---|---|
| /s/ Richard C. Dalton | /s/ Carolyn E. Riggs |
| Richard C. Dalton | Carolyn E. Riggs, Atty. No. 35140-49 |
| Texas Bar No. 24033539 | Christina Fugate, Atty. No. 27218-49 |
| Louisiana Bar No. 23017 | Libby Moyer, Atty. No. 36910-71 |
| California Bar No. 268598 | ICE MILLER LLP |
| P.O. Box 358 | One American Square |
| Carencro, Louisiana 70520 | Suite 2900 |
| rick@rickdalton.law | Indianapolis, IN 46282-0200 |
| 337-371-0375 | 317-236-2100 (telephone) |

|  |  |
|---|---|
| *Attorney for Plaintiff* | 317-236-2219 (facsimile)<br>carolyn.riggs@icemiller.com<br>christina.fugate@icemiller.com<br>libby.moyer@icemiller.com<br><br>*Counsel for Defendant Freightliner Custom Chassis Corporation* |

/s/ Ross W. Bartolotta
Ross W. Bartolotta
IL Bar No. 6224433
SWANSON, MARTIN & BELL LLP
2525 Cabot Drive, Suite 204
Lisle, IL 60532
630-799-6900
rbartolotta@smbtrials.com

*Attorney for Defendant REV Recreation Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2024, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

/s/ Carolyn E. Riggs
Carolyn E. Riggs

ICE MILLER LLP
One American Square
Suite 2900
Indianapolis, IN 46282-0200