UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ANDREW H. MILLER, | |
| Plaintiff, | |
| v. | Case No. 1:23-CV-273-CCB-SLC |
| REV RECREATION GROUP, INC., FREIGHTLINER CUSTOM CHASSIS CORPORATION, | |
| Defendants. | |

## ORDER

Pursuant to the Stipulation to Dismiss [DE 50] and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this case is DISMISSED with prejudice, each party bearing its own costs. The Clerk is DIRECTED to close this case.

SO ORDERED.

January 6, 2025

                                             /s/ *Cristal C. Brisco*
                                             CRISTAL C. BRISCO, JUDGE
                                             UNITED STATES DISTRICT COURT